**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 2, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00287-CV

---

## IN THE INTEREST OF K.J.E.B.B., A CHILD, Appellant

---

**Harris County, Texas**
**315th District Court**
**Trial Court Cause No. 2014-04874J**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed March 24, 2016. On May 20, 2016, appellant, Alvin Jermine Byrd, filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.